UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 5:24-00656                                                                 Date: August 26, 2025

Title: *Aaron Devonne Ruff v. Jeri Caperton, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO FOLLOW COURT ORDERS**

This Court's Case Management Order required the parties to file a Trial Readiness Report by August 18, 2025. (Dkt. No. 25 at 5–6.) To date, Defendants have not filed a Trial Readiness Report.

Defendants are **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for failure to obey court orders. See Fed. R. Civ. Proc. 16(f)(1)(c). Defendants must file a written response no later than **August 29, 2025**.

The filing of a Trial Readiness Report will discharge this order.

**Defendants are expressly warned that failure to timely file a response to this order may result in sanctions.**

**IT IS SO ORDERED.**

Initials of Clerk kh