UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON DEVONNE RUFF, | Case No. 5:24-00656 MWC (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| JERI CAPERTON ET AL., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Defendants' Motion for Summary Judgment (Dkt. No. 43), Plaintiff's Opposition to Defendant's Motion (Dkt. No. 46), Defendants' Reply to Plaintiff's Opposition (Dkt. No. 49), Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 54), and Plaintiff's Amended Objections (Dkt. No. 55.)  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made.  The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Defendants' Motion for Summary Judgment is GRANTED.

2. This case is DISMISSED in its entirety.

DATED: January 7, 2026

*[signature]*

THE HONORABLE MICHELLE W. COURT
UNITED STATES DISTRICT JUDGE