JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DEVONNE RUFF, | Case No. 5:24-00656 MWC (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| JERI CAPERTON ET AL., | |
| Defendants. | |

   Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation granting Defendant's Motion for Summary Judgment, the Court adjudges the above-captioned case dismissed with prejudice.

DATED: January 7, 2026

_____
THE HONORABLE MICHELLE W. COURT
UNITED STATES DISTRICT JUDGE